NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1547

MATTHEW A. PEQUIGNOT,

Plaintiff-Appellant,

v.

SOLO CUP COMPANY,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 07-CV-0897, Judge Leonie M. Brinkema.

ON MOTION

ORDER

Upon consideration of the motion for an extension of time, until December 24, 2009, for the appellee to file its brief, and the motion for an extension of time, until January 18, 2010, for the appellant to file his reply brief,

IT IS ORDERED THAT:

The motions are granted.

JAN 0 4 2010
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Carl S. Kravitz, Esq.
    Jason C. White, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK